UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRUCE BROWN, SR., ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-2308** |
| | * | |
| **MARK STARRING & ASSOCIATES, ET AL.** | * | **SECTION "L"(3)** |

## ORDER

The Court has pending before it a Motion to Stay Proceedings Pending Transfer to MDL filed by Defendants DePuy Orthopaedics, Inc. and Johnson & Johnson. (Rec. Doc. 6). The Court has reviewed the motion and the opposition filed by Plaintiffs (Rec. Doc. 10), and now issues this Order GRANTING the motion to stay.

The Court has inherent power to stay proceedings. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). As a matter of judicial economy and efficiency, and in furtherance of the goals of multi-district litigation, the Court finds that under these circumstances a stay pending transfer to MDL No. 2197 is appropriate. Accordingly,

IT IS ORDERED that Defendants' motion is GRANTED and all proceedings in this case are STAYED. The Court will not hear oral argument on Defendant Ochsner Clinic Foundation and Ochsner Clinic Foundation Hospital's Motion to Dismiss (Rec. Doc. 4) or oral argument on Plaintiffs' Motion to Remand (Rec. Doc. 11). All motions are stayed until further order of the Court.

New Orleans, Louisiana, this 18th day of October, 2011.

UNITED STATES DISTRICT JUDGE